| | |
|---|---|
| CAROL FAYE SMITH, surviving spouse and Administrator of the Estate of Robert Gail Smith, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )     NO.: 2:12-CV-72 ) |
| WELLMONT HEALTH SYSTEM, GAIL L. STANLEY, M.D., HOLSTON MEDICAL GROUP, P.C. and STEPHEN MATTHEW BURKE, M.D., | ) ) ) ) ) |
| Defendants. | ) |

## **J U D G M E N T**

This action came before the Honorable J. Ronnie Greer, District Judge, presiding, and a decision having been duly rendered,

It is **ORDERED and ADJUDGED** that the plaintiff recover nothing of the defendants, and that the plaintiff's claims are **DISMISSED WITH PREJUDICE**.

DATED:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/*Debra C. Poplin*
  CLERK OF COURT