## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CAROL FAYE SMITH, surviving spouse and     *
Administrator of the Estate of Robert Gail     *
Smith, deceased,     *
    *
       Plaintiff,     *
    *
VS.     *   Case No. 2:12-cv-72
    *
WELLMONT PHYSICIAN SERVICES, INC.     *   Jury Demanded
d/b/a WELLMONT INFECTIOUS DISEASE,     *
GAIL L. STANLEY, M.D., HOLSTON     *
MEDICAL GROUP, P.C. and STEPHEN     *
MATTHEW BURKE, M.D.,     *
    *
       Defendants.     *

## NOTICE OF APPEAL

Notice is hereby given that Carol Faye Smith, surviving spouse and

Administrator of the Estate of Robert Gail Smith, deceased, hereby appeals to the

United States Court of Appeals for the Sixth Circuit on the final judgment dismissing the

claim of Carol Faye Smith against Wellmont Health System and Gail L. Stanley, M.D.,

entered in this action on the 5th day of March, 2014.

           Respectfully submitted,

           CAROL FAYE SMITH, surviving spouse and
           Administrator for the Estate of Robert Gail
           Smith


           BY:   *s/Olen G. Haynes, Sr.*
                  Olen G. Haynes, Sr., BPR #587
                  The Haynes Firm
                  P.O. Box 1879
                  Johnson City, TN 37605
                  423-928-0165

Mary Lynn Tate, VSB #16085
Tate Law, P.C.
16006 Porterfield Highway
Abingdon, VA 24210
276-628-5185

<u>CERTIFICATE OF SERVICE</u>

I hereby certify than on the date set forth below, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 1st day of April, 2014.

THE HAYNES FIRM

BY: _s/Olen G. Haynes, Sr._____