Case No. 14-5417

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CAROL FAYE SMITH, surviving spouse and Administrator of the Estate of Robert Gail Smith

    Plaintiff - Appellant

v.

HOLSTON MEDICAL GROUP, PC; STEPHEN MATTHEW BURKE, MD

    Defendants

GAIL L. STANLEY, MD; WELLMONT PHYSICIAN SERVICES, INC., dba Wellmont Infectious Disease

    Defendants - Appellees


Upon consideration of the joint motion to dismiss this appeal as it relates to defendants/appellees Holston Medical Group, PC and Stephen Matthew Burke, MD,

  It is **ORDERED** that the motion be, and it hereby is, **GRANTED**.


                            **ENTERED PURSUANT TO RULE 45(a),**
                            **RULES OF THE SIXTH CIRCUIT**
                            Deborah S. Hunt, Clerk

Issued:  May 09, 2014