CAROL FAYE SMITH, surviving spouse and Administrator of the Estate of Robert Gail Smith

                    Plaintiff - Appellant

v.

HOLSTON MEDICAL GROUP, PC; STEPHEN MATTHEW BURKE, MD

                      Defendants

GAIL L. STANLEY, MD; WELLMONT PHYSICIAN SERVICES, INC., dba Wellmont Infectious Disease

                      Defendants - Appellees